FILED'08 SEP 03 16:25USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| BILLY E. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.   3:07-CV-1486-BR<br><br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order, released _3rd September, 2008_

DATED this __3rd__ day of __September__ 2008.

_____
UNITED STATES DISTRICT JUDGE

JUDGMENT [3:07-cv-1486-BR]